USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and ALBERT YAGUDAYEV, a/k/a "Jeff,"

Defendants.

1:23-cr-110-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On October 12, 2024, Defendant Hernandez requested a temporary bail modification. [ECF 333]. Hernandez is currently released on PBR with travel restrictions, restricting him to travel within the Southern District of New York and Eastern District of New York. Hernandez requested that his travel restrictions be amended temporarily to permit him to travel to North Carolina until December 1, 2024. As per defense counsel, neither the government nor Pretrial Services oppose the requested modification. Accordingly, Defendant's request is hereby GRANTED. Defendant shall be required to provide his itinerary to Pretrial Services. Defendant shall comply with any reporting and/or monitoring requirements Pretrial Services deems appropriate. At a minimum, Defendant shall be required to check in with his Pretrial Services Officer on a daily basis. Additionally, Defendant shall be required to check in with his Pretrial Officer upon his return on December 1, 2024.

**SO ORDERED.**

**Date: October 13, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**