```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

JUAN HERNANDEZ,

    a/k/a "Pop,"

            Defendant.

**Consent
Order of Restitution**

S1 23 Cr. 110 (MKV)

---

Upon the application of the United States of America, by its attorney, Matthew Podolsky, United States Attorney for the Southern District of New York, Jaclyn Delligatti, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Juan Hernandez, the defendant, shall pay restitution in the total amount of $16,000 pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victim of the offense charged in Count Two. The name, address, and specific amounts owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____                    4/6/2025
Jackie Delligatti                               DATE
Assistant United States Attorney


JUAN HERNANDEZ

By: _____                    4/7/25
Juan Hernandez                                  DATE

By: _____                    4/7/2025
Michael Kushner, Esq.                           DATE


SO ORDERED:

_____                         4/7/2025
HONORABLE MARY KAY VYSKOCIL                     DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                                       3