USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:23-cr-110-MKV |
| BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, JUAN HERNANDEZ, a/k/a "Pop," JONATHAN GAVRIELOF, and ALBERT YAGUDAYEV, a/k/a "Jeff," | **ORDER WITH RESPECT TO JUDICIAL DISCLOSURE** |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

This Court has been impartially and fairly presiding over this matter since its filing in March 2023. In the interests of full transparency, the Court wishes to make the parties aware of certain information, none of which impacts my impartiality.

Specifically, on June 12, 2025 I received a confirmation of a trade made by my financial advisor in a managed brokerage account on June 5, 2025 for the purchase of 3442 shares of Gilead Science [CUSIP: GILD]. I have no advanced personal control or knowledge of the trades made in my managed account. Upon receipt of the trade confirmation, I immediately contacted my financial advisor and instructed him to void the trade. That same afternoon, I received verbal confirmation that the trade would be voided. Thereafter, on June 13, 2025 I received written confirmation of the cancellation of this purchase and of the two additional purchases of .507 and 5287 shares of Gilead Science that had been made in my managed account on June 11 and June 12 respectively. To make it abundantly clear, the Court has never had any personal or financial interest in the subject matter in controversy or in any party in the proceeding. The Court is confident that there is absolutely no conflict here. However, given the fact that Gilead has appeared in this case to seek restitution and the Court continues to preside over this case, the Court wanted

to make all parties aware of these facts. I am confident that I can continue to preside over this matter impartially and fairly.

To the extent that any party has any questions, would like additional information, or wishes to file any motion with respect to this disclosure, it should do so **on or before July 28, 2025**.

**SO ORDERED.**

**Date: July 22, 2025**
**New York, NY**

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**