USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2025

## Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

July 22, 2025

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Juan Hernandez*, Case No. 23 Cr. 110 (MKV)

Your Honor,

      For the reasons set forth below, I write to respectfully request that Juan Hernandez's surrender date be extended until a decision is made on a pending motion for reconsideration of an additional order of restitution that was previously imposed. ECF 468. Mr. Hernandez was ordered to surrender on August 5, 2025.

      Mr. Hernandez timely submitted his motion for reconsideration on July 17, 2005. ECF 514. Pursuant to a scheduling order issued by this Court, responses are due on or before August 18, 2025. ECF 506. Given the issues that have been raised in the defendant's motion, it is conceivable that the Court may order a hearing that may require Mr. Hernandez, or his prior counsel, to testify under oath. It seems prudent, therefore, to allow Mr. Hernandez to remain at liberty until such time as the Court has decided how to proceed in this matter. It is my understanding that Mr. Hernandez was at liberty while the case was pending and fully complied with the conditions of release.

      For the reasons set forth above, I respectfully request that the surrender date be extended until thirty (30) days after the Court issues a ruling on the merits of his pending motion.

      I have discussed this request with the attorney for the Government, Jaclyn Delligatti, and she advised me that the Government objects to extending the surrender date.

      Thank you very much for your consideration in this matter.

Respectfully submitted,

Steve Zissou, Esq.

cc: jaclyn.delligatti@usdoj.gov

SZ/jc

---

**The voluntary surrender of Defendant Hernandez is ADJOURNED from August 5, 2025 to September 8, 2025.**

**SO ORDERED.**

Date: 8/4/2025
New York, New York

Mary Kay Vyskocil
United States District Judge