UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 23-CR-110 (JMF)
:
JUAN HERNANDEZ, : ORDER
:
        Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, this case (as against Defendant Juan Hernandez *only*) was reassigned to the undersigned. No later than **September 4, 2025**, the parties shall file a joint letter advising the Court of the status of the case and whether there is anything the Court should do (including holding a conference) beyond deciding the pending motion for reconsideration. *See* ECF No. 514. The parties should also advise whether there are any filings other than ECF Nos. 468, 489, 514, 531, 532, and 533 that the Court should consider in connection with the pending motion.

      SO ORDERED.

Dated: August 27, 2025
       New York, New York
                                        JESSE M. FURMAN
                                      United States District Judge