**MCKINLEY LAW, P.C.**
**30 FOREST DRIVE**
**LLOYD HARBOR, NY 11743**
**TEL: (516) 578-0539**
**EMAIL: SMCKINLEY@MCKINLEYLAWPC.COM**

September 3, 2026

*Via ECF*

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

Re: *United States v. Boris Aminov,* et al. 23 Cr. 110(JMF)

Dear Justice Furman:

As counsel for the Petitioner, Basanti Mitra Revocable Trust ("Petitioner"), I submit this Letter Motion to advise the Court that the parties are nearing a final settlement of this matter.

However, I submit this Letter Motion to respectfully request a brief extension to continue to review and finalize the Government's proposed stipulation with my client. Government's counsel has consented to this request. The parties anticipate that a full and final resolution of this matter will be reached not later than close of business September 11, 2026.

Very Truly Yours,

*/s/ Shannon Cody McKinley, Esq.*
Shannon Cody McKinley, Esq.

Cc:

*Via ECF*

Jaclyn Delligatti/Jeffrey Coyle
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278

The deadline is hereby extended to September 11, 2026. The parties are cautioned that further extensions are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 624,

SO ORDERED.

September 3, 2026